```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                           EASTERN DIVISION
                          NO. 4:10-CV-171-H
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROMAIN AND GRIFFIN PERSONAL )<br>PROPERTY, SPECIFICALLY DESCRIBED )<br>AS: A SMITH & WESSON, MODEL 25, )<br>.45 CALIBER REVOLVER, SERIAL )<br>NUMBER N717623; FOUR (4) ROUNDS )<br>OF CBC .45 CALIBER AMMUNITION; )<br>A TAURUS REVOLVER, MODEL 605, )<br>.357 MAGAZINE STAINLESS STEEL )<br>FINISH, SERIAL NUMBER ZB30837; )<br>FIVE (5) ROUNDS OF REMINGTON .357 )<br>CALIBER AMMUNITION, )<br>)<br>Defendants. ) | **DEFAULT JUDGMENT** |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owners of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

    1. Process was duly issued in this cause and the defendants were duly seized by the United States Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

    2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America; and

4. The United States Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this 14th day of February 2012.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE